

Joseph H. Mizrahi – Attorney
300 Cadman Plaza W, 12th Floor
Brooklyn, NY 11201
P: 929-575-4175 | F: 929-575-4195
E: joseph@cml.legal | W: cml.legal

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  06/11/2020
```

June 11, 2020

**VIA ECF**
Hon. Judge Valerie E. Caproni
United States District Judge
Southern District of New York
40 Centre Street
New York, NY 10007



Re: <u>Cruz v. American Travel Solutions, LLC; Civil Action No. 1:20-cv-01663-VEC</u>

Dear Judge Caproni,

    The undersigned represents Plaintiff Shael Cruz (hereinafter "Plaintiff") in the above-referenced matter.

    The initial conference for this matter is set for Friday, June 19, 2020 at 10:00 a.m. It is now June 11, 2020 and Defendant has yet to appear or contact Counsel for Plaintiff. The undersigned requests that the June 19th Conference be adjourned sine die, and further requests that Plaintiff be granted an additional 30 days in which to both obtain a Certificate of Default and present the Court with an Order to Show Cause for default judgment if Defendant fails to appear.

    Thank you for your time and consideration of the above request.

    Respectfully submitted,

    /s/ *Joseph H. Mizrahi*
    Joseph H. Mizrahi, Esq.

---

Application GRANTED. Defendant's deadline to file an answer, which was previously stayed, shall be **June 26, 2020**. Plaintiff must move for default no later than **July 17, 2020**. The June 19 conference is adjourned pending further order. Plaintiff is directed to serve a copy of this endorsement on Defendant and file proof of service, no later than **June 18, 2020**.

SO ORDERED.            Date: 06/11/2020

*[signature: Valerie Caproni]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE