```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/30/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
SHAEL CRUZ, on behalf of himself and
all others similarly situated,

         Plaintiff,

  -against-

AMERICAN TRAVEL SOLUTIONS, LLC,

         Defendant.
-------------------------------------------------------------- X

20-CV-1663 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

  WHEREAS the Court ordered Plaintiff to file proof of service no later than June 18, 2020, and to seek a default judgment no later than July 17, 2020, Dkt. 8; and

  WHEREAS Plaintiff has failed to take any steps to comply with the Court's order;

  IT IS HEREBY ORDERED THAT this action is DISMISSED with prejudice for failure to prosecute and for failure to comply with this Court's order.

  The Clerk of Court is respectfully directed to terminate all pending motions and deadlines and close the case.

**SO ORDERED.**

**Date: August 30, 2020**
**New York, New York**

                   _____
                   **VALERIE CAPRONI**
                   **United States District Judge**